EDISON FIXTURE COMPANY, INCORPORATED, PLAINTIFF-APPELLANNT, v. C. MUSCIANA, TRADING, ETC., DEFENDANT-APPELLEE.

Argued October 8, 1924—Decided February 5, 1925.

On appeal from the District Court of the city of Camden.

Before Justices TRENCHARD, MINTURN and LLOYD.

For the appellant, *Herman B. J. Weckstein.*

For the appellee, *Thomas P. Curley.*

PER CURIAM.

This case was argued with, and is controlled by, our decision in Edison Fixture Co., Inc., v. Copoulos, No. 475, of the present term..

The judgment will be reversed and a *venire de novo* awarded.